Arthur ANDERSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 63395.

Missouri Court of Appeals, Western District.

June 29, 2004.

Ruth Sanders, Appellate Defender Office, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Deborah Daniels and Lisa M. Eaton, Office of Attorney General, Jefferson City, for Respondent.

Before PAUL M. SPINDEN, Presiding Judge, RONALD R. HOLLIGER, Judge, and LISA WHITE HARDWICK, Judge.

## ORDER

Arthur Anderson appeals the circuit court's judgment denying his Rule 29.15 motion for postconviction relief without an evidentiary hearing. We affirm. Rule 84.16(b).